Ward agt. Gore.

## NEW YORK COMMON PLEAS.

### WARD agt. GORE.

Where an action *between partners* for an accounting and settlement of partnership affairs was commenced by the defendant against the plaintiff by the service of a complaint; another action subsequently commenced by the plaintiff against the defendant for the same cause, cannot be sustained, although the complaint in the latter contains special averments and asks extended relief, but without changing the character of the action.

*Special Term, January,* 1868.

E. DELAFIELD SMITH, *for plaintiff.*
D. D. LORD, *for defendant.*

BARRETT, J. The point is well taken, that there is another action pending between the same parties, for the same cause of action, (*Code* § 144, *sub.* 3.) The special averments contained in the present complaint, and the extended relief sought, do not change the character of the action. It is nothing more nor less, than an ordinary action between partners, after a dissolution for an accounting and settlement of the partnership affairs. Prior to the commencement of this action, the present defendant had actually served his complaint in a similar action in this court against the present plaintiff. In the action first commenced, the averments were fewer and the prayer simpler and less special. But the action was the same, and indeed all the averments of the present complaint and affirmative relief of quite as comprehensive a character could have been, and may yet be, there set up and demanded. The cases too fully support the objection. (*Groshon* agt. *Lyon,* 16 *Barb.,* 461; *Hornfager* agt. *Hornfager,* 6 *How., Pr. R.,* 279; *McCarthy* agt. *Peake,* 9 *Abb. P. R.,* 164).

The temporary injunction must be dissolved.